329 So.2d 612
In re Fred G. ROGERS

v.

STATE.

Ex parte Fred G. Rogers.

SC 1762.

Supreme Court of Alabama.

April 9, 1976.

Solomon S. Seay, Jr., Montgomery, for petitioner.

No appearance for the State.

BLOODWORTH, Justice.

Petition of Fred G. Rogers for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Rogers v. State*, 57 Ala. App. 551, 329 So.2d 611.

WRIT DENIED.

HEFLIN, C. J., and FAULKNER, ALMON and EMBRY, JJ., concur.

325 So.2d 211
In re M. B. SASHINGTON

v.

STATE of Alabama.

Ex parte STATE of Alabama ex rel. ATTY. GENERAL.

SC 1564.

Supreme Court of Alabama.

Jan. 9, 1976.

William J. Baxley, Atty. Gen., and William A. Davis, III, Asst. Atty. Gen., for petitioner, the State.

No appearance for respondent.

SHORES, Justice.

Petition of the State, by its Atty. Gen. for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Sashington v. State of Ala.*, 56 Ala.App. 698, 325 So. 2d 205.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and JONES, JJ., concur.